IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KRISTI HANSEN, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>SOUTHERN ILLINOIS HOSPITAL SERVICES,<br><br>      Defendant. | Case No. 3:24-CV-221-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation for Dismissal filed jointly by the parties (Doc. 25), this entire case is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

DATED:  March 26, 2025

                                                        MONICA A. STUMP,
                                                        Clerk of Court

                                                        By:  s/ *Deana Brinkley*
                                                              Deputy Clerk

APPROVED:  _____
                     **NANCY J. ROSENSTENGEL**
                     **Chief U.S. District Judge**